JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

JOHN BALLARD,

               Petitioner,

    v.

UNITED STATES,

               Respondent.

Case No. 2:24-cv-06080-SSS-E

**JUDGMENT**

**IT IS ADJUDGED** that the action is **DISMISSED WITHOUT PREJUDICE**.

DATED: October 30, 2024

_____
SUNSHINE S. SYKES
United States District Judge

-1-